AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

United States of America
v.

JUAN US-RALIOS

*Defendant(s)*

Case No. 8:26MJ79

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 3, 2024 & March 4, 2026 in the county of Dodge in the District of Nebraska, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 42 U.S.C. § 408(a)(7)(B) | Possession and use of fraudulent identification documents (December 3, 2024) |
| 18 U.S.C. § 1326(a) | Illegal reentry of a removed alien (March 4, 2026) |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

SA Lance Smith, HSI
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 3/4/2026

*Judge's signature*

City and state: Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JUAN US-RALIOS,<br><br>Defendant. | 8:26MJ79 |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT FOR THE ARREST OF JUAN US-RALIOS**

Your Affiant, Lance E. Smith, being duly sworn, does depose and state:

**INTRODUCTION AND AGENT BACKGROUND**

1. I, Lance E. Smith am a Special Agent with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI). I have been employed with this agency since October 2014. HSI Agents are authorized to investigate violations found in Title 8, 18, 19 and Title 42 of the United States Code.

2. I am aware of the information set forth below through personal investigation, as well as discussions with other HSI investigators, Enforcement and Removal Operations (ERO) Deportation Officers, and WholeStone Farms.

**PROBABLE CAUSE**

3. In January of 2026, Homeland Security Investigations (HSI) Omaha received an investigative referral from the Nebraska (NE), Department of Motor Vehicles (DMV) Fraud Unit, in regards of a complaint from a victim in California, stating that someone was using his information to gain

employment in Nebraska. The victim provided the following biographical information:

- J.S.
- Date of Birth (DOB: xx/xx/1980)
- XXXX Kings Ave., Chowchilla, CA 93610
- Social Security Number (SSN) ending in 0284

4. The victim, J.S. provided a photocopy of his California Driver's license, Social Security Card and Birth Certificate. The victim stated he found out someone was using his information when he attempted to renew his California Driver's License. NE DMV Fraud Unit found wages were being earned with the SSN ending in 0284 at WholeStone Farms located in Fremont, Nebraska. NE DMV Fraud Unit sent a subpoena to WholeStone Farms requesting All W-2, W-4 forms, a copy of the suspects identification documents presented at the time of hire, current dates of employment along with current address, documentation of wages paid over the course of employment for employee J.S., DOB: xx/xx/1980, SSN: ending in 0284.

5. This affiant reviewed the employment documents that were received from WholeStone Farms for the employee using the name J.S., DOB: xx/xx/1980, SSN ending in 0284. This affiant observed the application and the Form W-4 were filled out using the name J.S., DOB of xx/xx/1980, with a home address listed in Fremont, Nebraska. This affiant observed an employee photograph provided by WholeStone. The photograph depicted the full face of the person using the name J.S. This affiant sent a request to the National Lead

Development Center (NLDC) for facial recognition. NLDC responded with a positive match with the name of **Juan US-RALIOS**, DOB: xx/xx/1986, Assigned Alien Number 098208286, with FBI number 762884HC8. A Guatemalan National.

6. This affiant sent a summons (HSI-OJ-2026-027348-001) to the WholeStone Farms HR, requesting the Form I-9 for employee J.S., DOB: xx/xx/1980, SSN ending in 0284. WholeStone responded to the summons with Form I-9 (I-9). This affiant observed the Form I-9 was filled out with the name of J.S., DOB: xx/xx/1980, the box was checked stating "A Citizen of the United States". Signed with a wet signature of J.S., the I-9 was signed on December 3, 2024.

7. This affiant observed two (2) identification documents that were submitted with the I-9. A California Identification card was provided as a supporting document to the I-9 with the name of J.S., DOB: xx/xx/1980, and a Social Security Card with the last 4 ending in: 0284. This affiant conducted record checks on the California Identification Card in the National Law Enforcement Telecommunications (NLETS). No record was found. This affiant requested the verification of the SSN ending in 0284 to the Social Security Administration (SSA), Office of Inspector General (OIG). SSA OIG responded stating the SSN and Name is a match in their system.

8. This affiant conducted immigration record checks for **Juan US-RALIOS** (A#098208286) on Person Centric Query Services (PCQS) and on Enforce Alien Removal Module (EARM). On April 2, 2005, **US-RALIOS** was encountered at the Stark County Jail, Ohio, by Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) after he was arrested for theft, ICE ERO determined **US-RALIOS** was a citizen and native of Guatemala. **US-RALIOS** was issued a Notice to Appear (NTA) with an Immigration Judge.

9. On June 5, 2008, Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) encountered Juan **US-RALIOS** at the Tuscarawas County Jail, Ohio. **US-RALIOS** had an outstanding order for deportation that was issued on February 28, 2007. On August 7, 2008, **US-RALIOS** was physically removed from the U.S from the New Orleans, Louisiana Port. This affiant observed the booking photos for **US-RALIOS** and the photograph that was provided by WholeStone Farms for the employee using the name J.S. The booking photos for **US-RALIOS** appear to be the same person using the name J.S. There were no documentation or applications found that would allow **US-RALIOS** to enter the U.S. or remain.

10. This affiant observed Form I-205 (Warrant of Removal/Deportation) signed by an Immigration Judge on February 28, 2007, ordering US-RALIOS to be removed back to Guatemala.

11. On March 4, 2026, this affiant traveled to WholeStone Farms and met with the Human Resources (HR) Director. This affiant requested to meet with employee J.S., with SSN ending in 0284. The HR Director brought employee J.S. to an office in the HR Department. This affiant immediately identified the person as Juan **US-RALIOS** from previous booking photos with immigration. This affiant identified himself and asked **US-RALIOS** his name, he stated Juan, this affiant asked for his last name, he stated **US-RALIOS**. **US-RALIOS** had a wallet on his person. This affiant found a Guatemalan consular card in the wallet with the name of **Juan US-RALIOS** with DOB of xx/xx/1984, containing a photograph of **US-RALIOS** on the identification card.

12. This affiant took **US-RALIOS** into custody and transported him to the DHS office located in Omaha, NE. Biometrics were captured of **US-RALIOS**. Biometrics was a match for **Juan US-RALIOS**, Alien Number 098208286, with FBI number 762884HC8.

13. It has been your Affiant's prior investigative experience that undocumented alien employees at similar businesses procure false identification documents and falsely claim U.S. citizenship in order to obtain employment in the United States.

14. Based on these facts, your Affiant has reason to believe that Juan **US-RALIOS** possessed and used fraudulent identification documents in violation of Title 42, United States Code, Section 408(a)(7)(B), and **US-RALIOS** has violated Title 8, United States Code, Section 1326(a), because he is an alien

who was found in the United States without permission after having been removed.

I declare under the penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

Executed this 4th day of March, 2026.

Lance E. Smith
Special Agent
Homeland Security Investigations

Sworn to before me by telephone or other reliable electronic means:

Date: March 4, 2026

City and State: Omaha, Nebraska

Michael D. Nelson, U.S. Magistrate Judge